IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| MARION MONTGOMERY-SCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | No. C 08-2029 EJM |
| | ) | |
| vs. | ) | JUDGMENT IN A CIVIL CASE |
| | ) | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | ) ) ) ) | |
| Defendant. | ) | |

**DECISION BY COURT:** This action came on for decision before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Judgment in accordance with the attached.

Approved as to form:

*Edward J. McManus*
Edward J. McManus
Northern District of Iowa

on this 26th day of March, 2009.

Dated: March 26, 2009

ROBERT L. PHELPS
Clerk

*Dianne Eveland*
(By) Clerk